**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-4265**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Coolism Official Store | 2 | Phoenix3 Tech Store |
| 3 | Adam fashion | 4 | Just For You NO.1 |
| 5 | Asock leader Good Store | 6 | Aefunda Aliexpress Store |
| 7 | septevagus Official Store | 8 | ANNA520 Store |
| 9 | cyclones Store | 10 | Kid Station Store |
| 11 | kinten Store | 12 | Good communication & product Store |
| 13 | king8 Store | 14 | Lovewall decor Store |
| 15 | Mamilighthouse Official Store | 16 | JIAYOLIVE DRONE ACCESSORIES Store |
| 17 | MoKa Secret Official Store | 18 | 4seasons Store |
| 19 | Shop3627035 Store | 20 | Leader Show Official Store |
| 21 | Sageme Store | 22 | Shop4051005 Store |
| 23 | OzzyJewelry Store | 24 | PekHoYin Global Store |
| 25 | 1698 genuine Store | 26 | JUEKUI Store |
| 27 | SKR Store | 28 | BLCG001 Store |
| 29 | JINANDYU Dropshipping Store | 30 | ORVAB Dropshipping High Quality Store |
| 31 | MEISS Store | 32 | Muscle men set Store |
| 33 | Shop4963067 Store | 34 | Luck66Sunshine Store |
| 35 | ACEWIS&RAIMENT Store | 36 | Liva girl Funny Store |
| 37 | Optimus Store | 38 | Gunxr Mobile Phone Accessory Store |
| 39 | FILMTU Store | 40 | rexue store |
| 41 | Canmbuy Store | 42 | Faddish factory discount Store |
| 43 | Kalorzze Gengming Store | 44 | Shop5480079 Store |
| 45 | Shop5483123 Store | 46 | Shop5486094 Store |
| 47 | Shop5488080 Store | 48 | Good World Store |
| 49 | Shop5863003 Store | 50 | Environmental Technology |
| 51 | Sailefeng keji Store | 52 | JieShiKe |
| 53 | Sales Organization | 54 | Aikeduo |
| 55 | yinhekuntaijiaoyukeji | 56 | TeeKool LLC |
| 57 | HBSB Co., Ltd | 58 | BYhang78 |
| 59 | Crow-stickers | 60 | Twinkle-Hope |
| 61 | World Gallery | 62 | Toronto Imports |
| 63 | CaseStar | 64 | HongWY |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 65 | WoStar | 66 | us-THE FINAL STRAW 2019 LTD |
| 67 | Kjsdaae | 68 | Soarcadice |
| 69 | Pajama World | 70 | fhgmryujert |
| 71 | Boeshkey | 72 | LGJTSh |
| 73 | BBZON | 74 | subsistent |
| 75 | dhfjdgfvsdggf | 76 | SIWEI KEJI |
| 77 | JOE COX | 78 | Danslesbls |
| 79 | SoCool Stuff | 80 | 6godwater |
| 81 | 9enjoyshopping | 82 | asdhiha_sre |
| 83 | babyfacegoodjob | 84 | bigbangflowersus |
| 85 | chen7eb | 86 | chenfashion2014 |
| 87 | chenlijun_best | 88 | dangoyoung06 |
| 89 | dbsdxq888 | 90 | dhuv836510g_5 |
| 91 | eb-2021 | 92 | fashionlife20160 |
| 93 | gaoguiyun2016_2 | 94 | gomnearsports |
| 95 | honestyuki_i-87 | 96 | joomla2016 |
| 97 | kaikaistore4u | 98 | lidolay |
| 99 | lililifestore | 100 | meeting-shop |
| 101 | mengsha13 | 102 | pan-980 |
| 103 | pauljonesseller | 104 | pinyingcky521 |
| 105 | pykj02 | 106 | qinyi2011 |
| 107 | s84-39 | 108 | secondsportsstore |
| 109 | soccerpatch4u | 110 | swr8864 |
| 111 | tsy520yqw | 112 | vhjkis_sports |
| 113 | wang_oldboy | 114 | wenjingltd |
| 115 | xiameiqin2011 | 116 | xmyzm1 |
| 117 | yangyanw_19 | 118 | yym-53 |
| 119 | zhengzheng7899 | 120 | zhong180 |
| 121 | zhuhaib-28 | 122 | zsb-a5-02 |
| 123 | Xiamen JS Sport Leisure Trading Co., Ltd. | 124 | wangchunshu store |
| 125 | Lucky Shopping Mall | 126 | minisweet |
| 127 | Xiao wu big yards shop | 128 | greatchoices |
| 129 | lichengwis | 130 | excellent life styles |
| 131 | huangjiong | 132 | Tostaner |
| 133 | jinpinshanxuan | 134 | Master's clothes |
| 135 | YY2019 | 136 | beishini |
| 137 | Kobe Kos Kool Store | 138 | School bag Li |
| 139 | Lestonk | 140 | HUAQIANGLUO |
| 141 | zhthethdrjtuf | 142 | shihongfang123 |
| 143 | LotusApparel | 144 | chenbaobao1453966 |

| No. | Seller Aliases |
|---|---|
| 145 | huanshhuansh |
| 147 | leeeuna02 |
| 149 | janisejacobi |
| 151 | Patriciao |
| 153 | Nathaniel Jerome FF |
| 155 | Lorio |
| 157 | ddgfdfgfggfg321 |
| 159 | ZhangggY |

| No. | Seller Aliases |
|---|---|
| 146 | uci292 |
| 148 | leejeagn |
| 150 | johnsmilliemaco0856 |
| 152 | Ritaa |
| 154 | hjdf456gh4j65df |
| 156 | Debraae |
| 158 | zhrngxeang |
|  |  |

| No. | Online Marketplaces |
|---|---|
| 1 | aliexpress.com/store/1456023 |
| 3 | aliexpress.com/store/1720366 |
| 5 | aliexpress.com/store/1966938 |
| 7 | aliexpress.com/store/2385087 |
| 9 | aliexpress.com/store/2450002 |
| 11 | aliexpress.com/store/2789162 |
| 13 | aliexpress.com/store/2950041 |
| 15 | aliexpress.com/store/2997047 |
| 17 | aliexpress.com/store/3091062 |
| 19 | aliexpress.com/store/3627035 |
| 21 | aliexpress.com/store/4049021 |
| 23 | aliexpress.com/store/4084013 |
| 25 | aliexpress.com/store/4528046 |
| 27 | aliexpress.com/store/4653064 |
| 29 | aliexpress.com/store/4700056 |
| 31 | aliexpress.com/store/4924111 |
| 33 | aliexpress.com/store/4963067 |
| 35 | aliexpress.com/store/4997258 |
| 37 | aliexpress.com/store/5081287 |
| 39 | aliexpress.com/store/5369152 |
| 41 | aliexpress.com/store/5409012 |
| 43 | aliexpress.com/store/5427147 |
| 45 | aliexpress.com/store/5483123 |
| 47 | aliexpress.com/store/5488080 |
| 49 | aliexpress.com/store/5863003 |
| 51 | aliexpress.com/store/711513 |
| 53 | amazon.com/sp?seller=A1FOINWZBEUZ1F |

| No. | Online Marketplaces |
|---|---|
| 2 | aliexpress.com/store/1685042 |
| 4 | aliexpress.com/store/1805319 |
| 6 | aliexpress.com/store/2007066 |
| 8 | aliexpress.com/store/2428001 |
| 10 | aliexpress.com/store/2531023 |
| 12 | aliexpress.com/store/2942193 |
| 14 | aliexpress.com/store/2962121 |
| 16 | aliexpress.com/store/3005054 |
| 18 | aliexpress.com/store/3242005 |
| 20 | aliexpress.com/store/3877073 |
| 22 | aliexpress.com/store/4051005 |
| 24 | aliexpress.com/store/4410076 |
| 26 | aliexpress.com/store/4569027 |
| 28 | aliexpress.com/store/4674069 |
| 30 | aliexpress.com/store/4717042 |
| 32 | aliexpress.com/store/4930023 |
| 34 | aliexpress.com/store/4992013 |
| 36 | aliexpress.com/store/5081102 |
| 38 | aliexpress.com/store/5366255 |
| 40 | aliexpress.com/store/5395008 |
| 42 | aliexpress.com/store/5423259 |
| 44 | aliexpress.com/store/5480079 |
| 46 | aliexpress.com/store/5486094 |
| 48 | aliexpress.com/store/5627186 |
| 50 | aliexpress.com/store/611648 |
| 52 | amazon.com/sp?seller=A181D1YZP87PNX |
| 54 | amazon.com/sp?seller=A1IG0GK0JAJ3E1 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 55 | amazon.com/sp?seller=A1K5HI2IURQXBZ | 56 | amazon.com/sp?seller=A1KNILJ8IM1ZU5 |
| 57 | amazon.com/sp?seller=A1P906KZ7HJP64 | 58 | amazon.com/sp?seller=A1S88G646UL2C6 |
| 59 | amazon.com/sp?seller=A1UTJQ7WXKCU40 | 60 | amazon.com/sp?seller=A1YF868ZQYQK75 |
| 61 | amazon.com/sp?seller=A22QPPOXAZOTLY | 62 | amazon.com/sp?seller=A2FUB8TS51MUWB |
| 63 | amazon.com/sp?seller=A2S7NXKPHVH01T | 64 | amazon.com/sp?seller=A2YCSPPT1POVFI |
| 65 | amazon.com/sp?seller=A328ZU2BMD59Y3 | 66 | amazon.com/sp?seller=A39GXNOFJFCK69 |
| 67 | amazon.com/sp?seller=A3ELXI8JP5I5VC | 68 | amazon.com/sp?seller=A3QSNX40R73XV5 |
| 69 | amazon.com/sp?seller=A3RZ4E2BR13M0I | 70 | amazon.com/sp?seller=A3T3VDVF4KEGYY |
| 71 | amazon.com/sp?seller=AFG3VM042VP35 | 72 | amazon.com/sp?seller=AH5M672K5QKIX |
| 73 | amazon.com/sp?seller=AMI2MZTDQX6P4 | 74 | amazon.com/sp?seller=AOJ34MNOPGK4D |
| 75 | amazon.com/sp?seller=AS62YP1ZOHFQE | 76 | amazon.com/sp?seller=ATHM2F7K0OOLC |
| 77 | amazon.com/sp?seller=ATLGKAWY0B4IM | 78 | amazon.com/sp?seller=AV3ETRQ47N6WO |
| 79 | amazon.com/sp?seller=AXDLZ3LCVN668 | 80 | ebay.com/usr/6godwater |
| 81 | ebay.com/usr/9enjoyshopping | 82 | ebay.com/usr/asdhiha_sre |
| 83 | ebay.com/usr/babyface*goodjob | 84 | ebay.com/usr/bigbangflowersus |
| 85 | ebay.com/usr/chen7eb | 86 | ebay.com/usr/chenfashion2014 |
| 87 | ebay.com/usr/chenlijun_best | 88 | ebay.com/usr/dangoyoung06 |
| 89 | ebay.com/usr/dbsdxq888 | 90 | ebay.com/usr/dhuv836510g_5 |
| 91 | ebay.com/usr/eb-2021 | 92 | ebay.com/usr/fashionlife20160 |
| 93 | ebay.com/usr/gaoguiyun2016_2 | 94 | ebay.com/usr/gomnearsports |
| 95 | ebay.com/usr/honestyuki_i-87 | 96 | ebay.com/usr/joomla2016 |
| 97 | ebay.com/usr/kaikaistore4u | 98 | ebay.com/usr/lidolay |
| 99 | ebay.com/usr/lililifestore | 100 | ebay.com/usr/meeting-shop |
| 101 | ebay.com/usr/mengsha13 | 102 | ebay.com/usr/pan-980 |
| 103 | ebay.com/usr/pauljonesseller | 104 | ebay.com/usr/pinyingcky521 |
| 105 | ebay.com/usr/pykj02 | 106 | ebay.com/usr/qinyi2011 |
| 107 | ebay.com/usr/s84-39 | 108 | ebay.com/usr/secondsportsstore |
| 109 | ebay.com/usr/soccerpatch4u | 110 | ebay.com/usr/swr8864 |
| 111 | ebay.com/usr/tsy520yqw | 112 | ebay.com/usr/vhjkis_sports |
| 113 | ebay.com/usr/wang_oldboy | 114 | ebay.com/usr/wenjingltd |
| 115 | ebay.com/usr/xiameiqin2011 | 116 | ebay.com/usr/xmyzm1 |
| 117 | ebay.com/usr/yangyanw_19 | 118 | ebay.com/usr/yym-53 |
| 119 | ebay.com/usr/zhengzheng7899 | 120 | ebay.com/usr/zhong180 |
| 121 | ebay.com/usr/zhuhaib-28 | 122 | ebay.com/usr/zsb-a5-02 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 123 | jssportleisure.en.alibaba | 124 | wish.com/merchant/56cc038c8ec666375e1d94e4 |
| 125 | wish.com/merchant/57d54b987b9a1e4a17559546 | 126 | wish.com/merchant/58624af27bff7f5ae8c09ae6 |
| 127 | wish.com/merchant/59610eca2eac111308bef75d | 128 | wish.com/merchant/598e2dd015da07196bc56839 |
| 129 | wish.com/merchant/59dd18addd032902db91e70f | 130 | wish.com/merchant/5a4645307f9ae5670b15c10f |
| 131 | wish.com/merchant/5ad9ba64b9605f7ce467cf33 | 132 | wish.com/merchant/5af55176fbf60d04be985616 |
| 133 | wish.com/merchant/5b15f8b47e43f2113b3e3bb6 | 134 | wish.com/merchant/5b7556a4c381d87934f803e0 |
| 135 | wish.com/merchant/5c751f7f5acee77accdd7325 | 136 | wish.com/merchant/5c76546a45d2cf0b7765809f |
| 137 | wish.com/merchant/5d2b2a4e34c2210b4034a5c9 | 138 | wish.com/merchant/5d3bb6a22b0843417be71bac |
| 139 | wish.com/merchant/5d3f9a66e04b3d399960482b | 140 | wish.com/merchant/5d5d2ff840defd5798a78618 |
| 141 | wish.com/merchant/5de1cb3b84f1844080c08611 | 142 | wish.com/merchant/5e632a60ad6a882ec6648bd6 |
| 143 | wish.com/merchant/5e6c697b1061cf31a554e7d1 | 144 | wish.com/merchant/5e786bd153f8c67d981bb39a |
| 145 | wish.com/merchant/5e7c1dfe2260a927837289c8 | 146 | wish.com/merchant/5e8adfb02be41136e52df67d |
| 147 | wish.com/merchant/5e8b22c6eb5454d310c043bb | 148 | wish.com/merchant/5e8b23b202e0173329828c4b |
| 149 | wish.com/merchant/5e8d8fd664a640acb9468c50 | 150 | wish.com/merchant/5e8d90acd497d7944962ccba |
| 151 | wish.com/merchant/5e8d9d76f40f25717784a03f2 | 152 | wish.com/merchant/5e8da2a964a640f6cb468c9a |
| 153 | wish.com/merchant/5e8db3ed7a172588f566909a | 154 | wish.com/merchant/5e902df29bbc2b20d38e4808 |
| 155 | wish.com/merchant/5e980154bfba6a5e45d332a8 | 156 | wish.com/merchant/5e980277ea18a51342cdc1ae |
| 157 | wish.com/merchant/5e99cf5b826c6c11c0909066 | 158 | wish.com/merchant/5e9aa25d65df69004c420f58 |
| 159 | wish.com/merchant/5eb551ec8e62c5850c6bd3a4 | | |